Talcot *against* Woodruff, Sheriff, &c.

Brown
v.
Clark.

GRISWOLD, for the defendant, moved for judgment as in case of nonsuit, for not proceeding to trial.

*Kirkland,* contra, offered to stipulate to try the cause at the next circuit, or be nonsuited, and the only question was, whether, as this was an action against a sheriff, the defendant was entitled to double costs.

*Per Curiam.* The defendant is not, in this case, entitled to double costs ; the statute* gives double costs in suits against sheriffs, &c. only where a verdict is given for the defendant, or the plaintiff becomes nonsuited, or suffers a discontinuance.

In the present case, the cause has not been tried, nor has the party become nonsuit or discontinued.

On a notice for a judgment as in case of nonsuit, for not proceeding to trial, in an action against a sheriff, where the plaintiff is entitled to stipulate, he is not bound to pay *double* costs on making the stipulation.
\* *Laws of N. Y.* v. 1. p. 234.